# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES R. SHORT<br>30 Harlan Trace<br>Berlin, MD 21811<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES<br>ARMY CORPS OF ENGINEERS<br>U.S. Army Engineer District, Baltimore<br>City Crescent Building<br>10 South Howard Street<br>Baltimore, MD 21201<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07-2260 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Brian C. Baldrate, Special Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

                              Respectfully submitted,

                              _____/s/_____
                              BRIAN C. BALDRATE
                              Special Assistant United States Attorney
                              Civil Division
                              555 Fourth St., N.W.
                              Washington, D.C.  20530
                              202-353-9895  / FAX 202-514-8780