IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES R. SHORT ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-2260 (RMC) |
| ) | |
| UNITED STATES ) | |
| ARMY CORPS OF ENGINEERS ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff brings this action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, *et seq*, to compel the production of documents relating to a pending application to for a wetlands judicial determination for a parcel of property located in Berlin, Maryland. Defendants now respectfully move this Court for a thirty (30) day enlargement of time through and including March 3, 2008, within which to Answer, Move, or otherwise respond to Plaintiff's Complaint. Good cause exists to grant this motion:

1. Defendant's Answer, Motion or other Response to the Complaint is presently due February 1, 2008.

2. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

3. This is the first enlargement of time sought in this matter.

4. Plaintiff's counsel consents to the enlargement.

For these reasons, Defendant requests that the Court grant its Motion for Enlargement of

Time Within Which to Answer, Move or Otherwise Respond. A proposed order is included with this Motion.

        Respectfully submitted,

        _____/s_____
        JEFFREY A. TAYLOR, D.C. Bar # 498610
        United States Attorney

        _____/s_____
        RUDOLPH CONTRERAS D.C. Bar #  434122
        Assistant United States Attorney

        _____/s_____
        BRIAN C. BALDRATE
        Special Assistant U.S.  Attorney
        555 Fourth Street, N.W.,
        Washington, D.C.  20530
        (202) 353-9895

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **JAMES R. SHORT** | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | Civil Action No. 07-2260 (RMC) |
|  | ) | |
| **UNITED STATES** | ) | |
| **ARMY CORPS OF ENGINEERS** | ) | |
|  | ) | |
| **Defendant.** | ) | |

## ORDER

Upon consideration of Defendant's Consent Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to the Complaint, and the entire record of this case, it is hereby

**ORDERED** that Defendant's Motion for an Enlargement is **GRANTED**, and it is

**FURTHER ORDERED** that Defendant shall have up to and including March 3, 2008, to answer, move or otherwise respond to Plaintiff's Complaint.

Dated this _____ day of _____, 2008.

_____
ROSEMARY M. COLLYER
United States District Judge