IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES R. SHORT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-2260 (RMC) |
| ) | |
| UNITED STATES ) | |
| ARMY CORPS OF ENGINEERS ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S AMENDED CONSENT MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff brings this action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, *et seq*, to compel the production of documents relating to a pending application to for a wetlands judicial determination for a parcel of property located in Berlin, Maryland. Defendants now respectfully move this Court for a thirty (30) day enlargement of time through and including March 3, 2008, within which to Answer, Move, or otherwise respond to Plaintiff's Complaint. Good Cause exists to grant this motion:

1. The parties are involved in settlement discussions and negotiations in an attempt to resolve this case and a related issue concerning Plaintiff's application for a wetlands judicial determination. These settlement discussions and negotiations are diverting time from defense counsel and agency counsel that would otherwise be spent responding to Plaintiff's Complaint. Defendant's intent is that in working toward a resolution of both of these issues the parties will conserve individual and judicial resources and lead to a prompt resolution.

2. In addition to filing an Answer or Motion in this case, in the next thirty days defense

counsel has the following filings due: Four Answers or Motions in response to Complaints, Two Motions for Summary Judgment, One Opposition Brief, and Two Reply Briefs. Defense counsel is also scheduled to appear at a settlement conference, a status conference, and to complete discovery in a pending case during this time period.

3. Defendant's Answer, Motion or other Response to the Complaint is presently due February 1, 2008.

4. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

5. This is the first enlargement of time sought in this matter.

6. Plaintiff's counsel consents to the enlargement.

For these reasons, Defendant requests that the Court grant its Amended Consent Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond. A proposed order is included with this Motion.

Respectfully submitted,

_____/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s_____
RUDOLPH CONTRERAS D.C. Bar # 434122
Assistant United States Attorney


_____/s_____
BRIAN C. BALDRATE
Special Assistant U.S. Attorney
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 353-9895

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **JAMES R. SHORT**, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-2260 (RMC) |
| ) | |
| **UNITED STATES** ) | |
| **ARMY CORPS OF ENGINEERS** ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of Defendant's Amended Consent Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to the Complaint, and the entire record of this case, it is hereby

**ORDERED** that Defendant's Motion for an Enlargement is **GRANTED**, and it is

**FURTHER ORDERED** that Defendant shall have up to and including March 3, 2008, to answer, move or otherwise respond to Plaintiff's Complaint.

Dated this _____ day of _____, 2008.

_____
ROSEMARY M. COLLYER
United States District Judge