IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES R. SHORT ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-2260 (RMC) |
| ) | |
| UNITED STATES ) | |
| ARMY CORPS OF ENGINEERS ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff brings this action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, *et seq*, to compel the production of documents relating to a pending application for a wetlands judicial determination for a parcel of property located in Berlin, Maryland. Defendant now respectfully moves this Court for a fourteen (14) day enlargement of time through and including April 17, 2008, within which to Answer, Move, or otherwise respond to Plaintiff's Complaint. Good Cause exists to grant this motion:

1. The parties were involved in settlement discussions and negotiations in an attempt to resolve this case and a related issue concerning Plaintiff's application for a wetlands judicial determination. These settlement discussions and negotiations diverted time from defense counsel and agency counsel that would otherwise be spent responding to Plaintiff's Complaint. Defendant's intent was to create a resolution of both of these issues that would have conserved individual and judicial resources and lead to a prompt resolution. Settlement negotiations broke down on Friday March 28, 2008. As a result, Defendant needs a brief enlargement to resume

work on responding to Plaintiff's Complaint.

2. Defendant's Answer, Motion or other Response to the Complaint is presently due April 3, 2008.

4. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

5. This is the third enlargement of time sought in this matter.

6. Plaintiff's counsel consents to the enlargement.

For these reasons, Defendant requests that the Court grant its Consent Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond. A proposed order is included with this Motion.

          Respectfully submitted,

          _____/s_____
          JEFFREY A. TAYLOR, D.C. Bar # 498610
          United States Attorney

          _____/s_____
          RUDOLPH CONTRERAS D.C. Bar # 434122
          Assistant United States Attorney

          _____/s_____
          BRIAN C. BALDRATE
          Special Assistant U.S. Attorney
          555 Fourth Street, N.W.,
          Washington, D.C. 20530
          (202) 353-9895

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **JAMES R. SHORT** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-2260 (RMC) |
| | ) | |
| **UNITED STATES ARMY CORPS OF ENGINEERS** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of Defendant's Consent Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to the Complaint, and the entire record of this case, it is hereby

**ORDERED** that Defendant's Motion for an Enlargement is **GRANTED**, and it is

**FURTHER ORDERED** that Defendant shall have up to and including April 17, 2008, to answer, move or otherwise respond to Plaintiff's Complaint.

Dated this _____ day of _____, 2008.

_____
ROSEMARY M. COLLYER
United States District Judge