IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES R. SHORT,   )<br>                                )<br>                                )<br>   Plaintiff,                   )<br>                                )<br>v.                              )<br>                                )<br>UNITED STATES                   )<br>ARMY CORPS OF ENGINEERS,        )<br>   US Army Engineer District, Baltimore)<br>                                )<br>   Defendant.                   ) | C.A. No. 07-02260 (RMC) |

**PLAINTIFF'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO REPLY OR OTHERWISE RESPOND TO DEFENDANT'S
MOTION TO DIMISS OR, IN THE ALTERNATIVE, FOR SUMMARY
<u>JUDGMENT</u>**

Plaintiff brings this action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, *et seq,* to compel the production of documents relating to a pending application to for a wetlands judicial determination for a parcel of property located in Berlin, Maryland. Plaintiff now respectfully moves this Court for a thirty (30) day enlargement of time through and including May 28, 2008, within which to Reply, or otherwise respond to Defendants' Motion. Good Cause exists to grant his motion.

The parties are involved in settlement discussions and negotiations in an attempt to resolve this case and a related issue concerning Plaintiff's application for a wetlands judicial determination. These settlement discussions and negotiations are diverting time from counsel that would otherwise be spent responding to Defendant's Motion. Plaintiff's intent is that in working towards a resolution of both of these issues, the parties will conserve individual and judicial resources and reach a prompt resolution.

In addition to responding to the Motion in this case, in the next thirty days Plaintiff's

counsel will be involved in extensive pre-trial discovery and motion practice involving litigation in the U.S. District Court, Eastern District of Pennsylvania.

Plaintiff's Reply or other Response to the Motion is presently due April 28, 2008.

Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

This is the first enlargement of time sought by Plaintiff in this matter.

Defendant's counsel consents to the enlargement.

For these reasons, Plaintiff requests that the Court grant its Consent Motion for Enlargement of Time Within Which to Reply or Otherwise Respond. A proposed order is included with this Motion.

Respectfully submitted,

Joseph J. McGovern, Esquire
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
One Penn Center
1617 JFK Blvd.
Philadelphia, PA  19103
215-665-3058
Attorney for James Short

4270133

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES R. SHORT, ) | |
| ) | C.A. No. 07-02260 (RMC) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES ) | |
| ARMY CORPS OF ENGINEERS, ) | |
| US Army Engineer District, Baltimore ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of Plaintiff's Consent Motion for an Enlargement of Time to Reply or Otherwise Respond to the Motion, and the entire record of this case, it is hereby

**ORDERED** that Plaintiff's Motion for an Enlargement is GRANTED, and it is

**FURTHER ORDERED** that Plaintiff shall have up to and including May 28, 2008, to reply or otherwise respond to Defendant's Motion.

Dated this _____ day of _____, 2008.

_____
ROSEMARY M. COLLYER
United States District Judge

4270133

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES R. SHORT, | ) |
| | ) C.A. No. 07-02260 (RMC) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES ARMY CORPS OF ENGINEERS, US Army Engineer District, Baltimore | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I, Joseph J. McGovern, attorney with Obermayer Rebmann Maxwell & Hippel, LLP, counsel for the Trustee, hereby certify that on this 25th day of April, 2008 I caused a true and correct copy of the Plaintiff's Consent Motion For An Enlargement Of Time Within Which To Reply Or Otherwise Respond To Defendant's Motion To Dimiss Or, In The Alternative, For Summary Judgment to be served via e-mail upon the following:

Brian Baldrate, Esquire
U.S. Attorney's Office
for the District of Columbia
555 4th Street
Washington, DC 20530
brian.baldrate@usdoj.gov

Joseph J. McGovern, Esquire
OBERMAYER REBMANN MAXWELL &
HIPPEL LLP
One Penn Center - 19th Floor
1617 John F. Kennedy Blvd.
Philadelphia, PA 19103

4270344