IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES R. SHORT,       )<br>                             )<br>    Plaintiff,              )<br>                             )<br>v.                           )<br>                             )<br>UNITED STATES      )<br>ARMY CORPS OF ENGINEERS,  )<br>   US Army Engineer District, Baltimore )<br>                             )<br>    Defendant.         ) | C.A. No. 07-02260 (RMC) |

### ERRATA NOTICE

PLEASE take notice that we submit the following changes due to typographical errors in Plaintiff's Counterstatement of Material Facts and Response to Defendant's Statement of Material Facts Not in Dispute. The changes are in bold as follows:

Page 9, 1st Paragraph, Line 2-3:

> What did she do to **determine** whether responsive documents were put in storage?

Page 11, 3rd Paragraph, Line 3:

> To find that such a search was "reasonable" under FOIA would utterly eviscerate FOIA and would directly contradict the Corps own regulations that allege that the government's avowed policy under FOIA is one of openness – not secrecy [*See* **C1.5, DOD Freedom of Information Act Program September 1998, available at www.atic.mil/whs/directives/corres/pdf/540007r.pdf**].

Page 15, 3rd Paragraph, Line 4:

> A search is reasonable if it describes in detail the filing systems searched, the methods used to search for the records, and the search terms utilized [*See* **Bonaparte 531 F. Supp. 2d** *at* **22**].

4299695

<u>Page 16, 2nd Paragraph, Line 5-6</u>:

To the contrary, this document does in fact exist. *See* **Exhibit "6."**

Respectfully submitted,

Joseph L. McGovern, Esquire
OBERMAYER REBMANN MAXWELL &
HIPPEL LLP
One Penn Center - 19th Floor
1617 John F. Kennedy Blvd.
Philadelphia, PA  19103

4299695