IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES R. SHORT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES )<br>ARMY CORPS OF ENGINEERS )<br>)<br>Defendant. )<br>) | Civil Action No. 07-2260 (RMC) |

**JOINT MOTION TO ESTABLISH A BRIEFING SCHEDULE**

Plaintiff brought this action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, to compel the production of documents relating to a pending application for a wetlands judicial determination for a parcel of property located in Berlin, Maryland and for attorneys' fees and costs incurred as a result of having to file suit. After producing some documents, the Corps moved to dismiss or for summary judgment. Plaintiff has opposed that motion and cross moved seeking additional documents, discovery, a renewed search for documents, and for attorneys' fees and costs. The parties have conferred and agreed to the following schedule for the for the completion of briefing on summary judgment. The parties propose the following briefing schedule:

1. Defendant's Opposition to Plaintiff's Cross Motion for Summary Judgment and Reply to Plaintiff's Opposition due by **September 5, 2008**;

2. Plaintiff's Reply to Defendant's Opposition due **September 19, 2008**; and

3. Defendant's obligation to file an Answer should be stayed until resolution of the parties' cross-motions for summary judgment.

A proposed Order consistent with this Motion is attached.

                                    Respectfully submitted,

                                    ____/s_____
                                    JEFFREY A. TAYLOR, D.C. Bar # 498610
                                    United States Attorney


                                    ___/s_____
                                    RUDOLPH CONTRERAS D.C. Bar # 434122
                                    Assistant United States Attorney


____/s_____    ____/s_____
JOSEPH J. McGOVERN                            LANNY J. ACOSTA, JR.
Obermayer Rebmann Maxwell & Hippel    Special Assistant U.S. Attorney
LLP                                                  555 Fourth Street, N.W.,
1617 John F. Kennedy Blvd., Suite 1900   Washington, D.C. 20530
Philadelphia, PA 19103                          (202) 353-9895

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAMES R. SHORT | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-2260 (RMC) |
| | ) | |
| UNITED STATES | ) | |
| ARMY CORPS OF ENGINEERS | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Upon consideration of the Joint Motion to Establish a Briefing Schedule, it is hereby

**ORDERED** that the motion is **GRANTED**, and it is further

**ORDERED** that the Briefing Schedule shall be established as follows:

Defendant's Opposition to Plaintiff's Cross Motion for Summary Judgment and Reply to Plaintiff's Opposition due by **September 5, 2008**; further

**ORDERED** that Plaintiff's Reply to Defendant's Opposition due **September 19, 2008**; and,

**ORDERED** that Defendant's obligation to file an Answer should be stayed until resolution of the parties' cross-motions for summary judgment.

Dated this _____ day of _____, 2008.

_____
ROSEMARY M. COLLYER
United States District Judge

Copies to:
Counsel for Parties via ECF